

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2014

No. 04-14-00202-CV

Larry **DONAHO** and LTD. Exploration, Inc.,
Appellants

v.

**BOWDEN FORD LINCOLN MERCURY, INC.**, Ryan Construction Services, LLC; and
Annetter Griggs, Individually and As Representative of the Estate of Donald Ray Griggs,
Individually and D/B/A Ideal Constructions Services, and Berkley National Insurance Company,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-01-51841
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

A filing fee of $195.00 was due when this appeal was filed but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of the court notified appellants of this deficiency in a letter dated March 26, 2014. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay –
> at the time an item is presented for filing – whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **order** appellants, **not later than April 21, 2014** to either (1) pay the applicable filing fee, or (2) provide written proof to this court that / they are indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellants fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_Marialyn Barnard_
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

